# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FATOUMATA BANGOURA, et. al, *Plaintiffs,* | CIVIL ACTION |
| v. | No. 18-2274 |
| JEFFERSON B. SESSIONS, III, et. al., *Defendants.* | |

## ORDER

**AND NOW**, this **28th** day of **January 2019**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 5), Plaintiffs' Motion for Summary Judgment (ECF No. 7), and Defendants' Brief in Further Support of their Motion for Summary Judgment and in Opposition to Plaintiffs' Summary Judgment Motion (ECF No. 9), and consistent with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 5) is **GRANTED**;
2. Plaintiffs' Motion for Summary Judgment (ECF No. 7) is **DENIED**;
3. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

CHAD F. KENNEY, JUDGE